

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-20-00079-CR

ARTHUR SHANTEL PHEA, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 336th District Court
Fannin County, Texas
Trial Court No. CR-17-26275

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

Arthur Shantel Phea appeals his adjudication of guilt and his sentencing by the trial court. In September 2017, Phea had been placed on deferred adjudication community supervision after having pled guilty to the second-degree-felony offense of aggravated assault with a deadly weapon.[1]  In January 2020, the State moved to adjudicate Phea's guilt; and, after a hearing in May 2020, the trial court adjudicated Phea guilty, revoked his community supervision, and sentenced him to ten years' and one day imprisonment.  On appeal, Phea claims that the trial court erred in preventing the State from filing a motion to dismiss, the trial court improperly involved itself in the plea negotiations, and the trial court failed to consider the entire range of punishment.  On review of the record and applicable law, we find these complaints without merit.  We overrule them and affirm the trial court's judgment and sentence.

In a single proceeding, the trial court addressed the State's motion to adjudicate this case as well as a companion case, *Phea v. State*, cause number 06-20-00078-CR.  Our opinion in that appeal is entered on the same date as this opinion.  Phea presents one appellate brief addressing the motions to adjudicate in both cases and makes the same arguments in both cases.  Because our analysis and resolution are the same in the two cases, we direct the reader to our opinion in cause number 06-20-00078-CR for details.

---

[1]*See* TEX. PENAL CODE ANN. § 22.02.

We overrule Phea's points of error and affirm the trial court's judgment and sentence.

Josh R. Morriss, III
Chief Justice

Date Submitted:     December 9, 2020
Date Decided:      March 2, 2021

Do Not Publish